# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

ELZBIETA KUBICEK,
      Plaintiff,

v.                                        Case No. 5:22-cv-491-JA-PRL

GULF COAST COLLECTION
BUREAU, INC.,
      Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. (Joint Notice of Settlement, Doc. 14).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 28, 2022.

                                                JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record